# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC JORELL MATHIS,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 76265

FILED

SEP 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of prohibition challenges the mandatory status conference program in the Second Judicial District. Based upon our review of the documents before this court, we decline to exercise our original jurisdiction. *See* NRS 34.320. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Eric Jorell Mathis
       Attorney General/Carson City
       Washoe County District Attorney's Office

18-35976